FILED

05/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 21-0083, DA 21-0084, DA 21-0085

IN THE MATTER OF:

M.L.W., J.R.W. AND E.R.W.

Youths In Need Of Care.

## ORDER

Upon consideration of Mother and Appellant's Motion To Consolidate Cases, and with good cause shown, it is hereby ORDERED that the above-captioned cases will be consolidated for purposes of appeal under Cause No. DA 21-0083.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 26 2021